## COSTON v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 22, September Term, 1958.]

*Decided October 23, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The application for leave to appeal from the denial of a writ of *habeas corpus* is denied for the reasons set out in the opinion of the court below.

## DAY v. WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 23, September Term, 1958.]

*Decided October 23, 1958.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

The application for leave to appeal from the denial of a writ of *habeas corpus* is denied for the reasons set out in the opinion of the court below.